**Artis D. GOODLOE, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 2008–3271.**

United States Court of Appeals, Federal Circuit.

July 22, 2008.

**ORDER**

Order Vacated, See 2008 WL 5736991.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

318

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.